**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**LAMAR L. MORRIS,**

     **Petitioner,**

          **v.**

**UNITED STATES OF AMERICA,**

     **Respondent.**

          **CASE NO. 2:20-CV-3159**
          **CRIM. NO. 2:11-CR-95**
          **CHIEF JUDGE ALGENON L. MARBLEY**
          **Magistrate Judge Chelsey M. Vascura**

## ORDER

On June 24, 2020, the Magistrate Judge issued a Report and Recommendation pursuant to Rule 4(b) of the Rules Governing Section 2255 Proceedings recommending that this action be dismissed. (ECF No. 41.) Although the parties were advised of the right to file objections to the Magistrate Judge's Report and Recommendation, and of the consequences of failing to do so, no objections have been filed.

The Report and Recommendation (ECF No. 41) is **ADOPTED** and **AFFIRMED.** The Motion to Vacate under 28 U.S.C. § 2255 (ECF No. 40) is hereby **DISMISSED**.

Petitioner has waived his right to appeal by failing to file objections. *See Thomas v. Arn*, 474 U.S. 140 (1985); *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981). Therefore, the Court **DECLINES** to issue a certificate of appealability.

     **IT IS SO ORDERED**.

          **ALGENON L. MARBLEY**
          **CHIEF UNITED STATES DISTRICT JUDGE**

**DATED: July 21, 2020**